No. D–1379. IN RE DISBARMENT OF FRESCO. It is ordered that Mark G. Fresco, of Spring Valley, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1380. IN RE DISBARMENT OF COOPER. It is ordered that Arthur Bryan Cooper, of Eaton Town, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–1920. LIVADAS v. AUBRY, CALIFORNIA LABOR COMMISSIONER. C. A. 9th Cir. [Certiorari granted, 510 U. S. 1083.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General to permit Malcolm L. Stewart, Esq., to present oral argument *pro hac vice* granted.

No. 93–518. DOLAN v. CITY OF TIGARD. Sup. Ct. Ore. [Certiorari granted, 510 U. S. 989.] Motion of respondent for leave to file a supplemental brief after argument granted.

No. 93–880. MADSEN ET AL. v. WOMEN'S HEALTH CENTER, INC., ET AL. Sup. Ct. Fla. [Certiorari granted, 510 U. S. 1084.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–7809. IN RE BENNETT ET AL. Petition for writ of prohibition denied.

No. 93–1251. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. GUERNSEY MEMORIAL HOSPITAL. C. A. 6th Cir. Certiorari granted.